**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deborah G. Hamilton                     CHAPTER 13
                    Debtor(s)
                                               BKY. NO. 22-11685 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB Not In Its Individually, But Solely As Trustee For Residential Mortgage Aggregation Trust and index same on the master mailing list.

    Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
13 Sep 2022, 15:04:59, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322