UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DEBORAH G. HAMILTON

Chapter 13

Debtor

Bankruptcy No. 22-11685-ELF

## ORDER

AND NOW, this __20th__ day of __December__, 202<u>2</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
CHARLES W. CAMPBELL, ESQ  
1 EAST AIRY STREET

NORRISTOWN, PA 19401-

Debtor:  
DEBORAH G. HAMILTON

424 W. WARREN STREET

NORRISTOWN, PA 19401-2939