United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11685-elf
Deborah G. Hamilton  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Dec 20, 2022  Form ID: pdf900  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Deborah G. Hamilton, 424 W. Warren Street, Norristown, PA 19401-2939 |
| 14702041 | | Dana Marks, Esq., 1325 Franklin Ave Ste 160, Garden City, NY 11530-1631 |
| 14702042 | | Fay Servicing, PO Box 111209, Nashville, TN 37222-1209 |
| 14702044 | | NMWA, 25 E Marshall St, Norristown, PA 19401-4818 |
| 14702045 | + | Pa. American Water Company, 852 Wesley Dr, Mechanicsburg, PA 17055-4475 |
| 14722378 | + | Wilmington Savings Fund Society, FSB, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14718208 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 00:14:58 | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| 14703579 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14704213 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14702040 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 21 2022 00:15:04 | Capital One Auto Financing, PO Box 660068, Sacramento, CA 95866-0068 |
| 14702043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14703542 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 00:14:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14702932 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 21 2022 00:08:00 | Wilmington Savings Fund Society, FSB, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14706815 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 21 2022 00:08:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14702046 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 21 2022 00:08:00 | PECO Energy, Bankruptcy Group, 2301 Market St # 4-NW, Philadelphia, PA 19019, Wilmington |

Case 22-11685-elf   Doc 47   Filed 12/22/22   Entered 12/23/22 00:34:06   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| | | | Savings Fund Society, 275 Madison Ave Fl 19103-1338 |
| 14722283 | ^ MEBN | Dec 21 2022 00:07:57 | Wilmington Savings Fund Society, FSB, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society FSB Not In Its Individually, But Solely As Trustee For Residential Mortgage Aggregation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES W. CAMPBELL | on behalf of Debtor Deborah G. Hamilton cwcampbell3@gmail.com Campbelldoc301@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB Not In Its Individually, But Solely As Trustee For Residential Mortgage Aggregation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DEBORAH G. HAMILTON

Chapter 13

Debtor

Bankruptcy No. 22-11685-ELF

# ORDER

AND NOW, this __20th__ day of __December__, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
CHARLES W. CAMPBELL, ESQ  
1 EAST AIRY STREET

NORRISTOWN, PA 19401-

Debtor:  
DEBORAH G. HAMILTON

424 W. WARREN STREET

NORRISTOWN, PA 19401-2939